Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Danielle S. Futterman (DY 4228)
dfutterman@ipcounselors.com
Gabriela N. Nastasi
gnastasi@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone:   (212) 292-5390
Facsimile:    (212) 292-5391
*Attorneys for Plaintiffs*
*Moonbug Entertainment Limited and*
*Treasure Studio Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOONBUG ENTERTAINMENT LIMITED and TREASURE STUDIO INC., <br><br> *Plaintiffs* <br><br> v. <br><br> AKWUGFDFO1DDC, AMTIOPS, ANNE FRANKLIN, AUTBYWQ, BERSAICY US, BESTPARTY, BICLLCSDD YS, BUAUA, BUBALUIS, CA POP, CATTIE123, CECEBRACELST, CHANGLINGLI, CHAOZE, CHENGDUSAISHUANGYOUJIE, CHENGDUUYUZHENGCONGGONGSI, DAFARWON, DERMIBEST, DUAXIN, DZYHKYMS, FENGUAS, FISHING COWBOY, FTSHOP-US, GOLDEN FLOWERPOT, GOMONNING, GROCERY STORE FULL OF SURPRISES, GROFFRY SPEN, GUANGZHOULUQINSHANGMAOYOUXIANGONGSIO, HAOSHAOXIONG, HESHIZHU, HWOZOFAR, JAKE US, JIACHEN INDUSTRIAL (SHENZHEN) CO. , LTD., JILINSHENGGUMINGDIANZISHANGWUYOUXIANGON GSI, JINPO US, JONENLY, KAZUA-US, KULOLO, LANMELONS, LAXUA, LUCKMERRY, MADING HORSE, MAKE.ANNI, MBVBN, MEIJUNDIAN, MIMILE111, | 22-cv-5044 (JMF) <br><br> [PROPOSED] <br> **UNSEALING ORDER** |

1

MOCEJOE, MOON SHOP US, NUMOSE, NUORUNZHI, ONERBEST, PSBYTRD, QINOUU, REHALY, SASATEK, SHENGTANGDE, SHIJIE149, SHRUENDI, SUMMERTIME-SHOP, SUNKEELON, THUCI US, TOKYIA US DIRECT, WAJJIOE, WENCHANGSHILUOJIONGCANBAIHUO, WQFIRST, WUHANTENGMUMAOYIYOUXIANGONGSI, XINJIE DIRECT, XISHAPE, XUEHANG TRADING, XUZHIMIN77, YAZEBABY, YENUOCESHANG2011, YIMEII, YONGGUANDIANZISHANGWUYOUXIANGONGSI, YUNFEI US, YUSI-US, YUYUANB, ZHANGLIANGFUDEBEIMEIDIANPU, ZHI YI SHOP, ZHUSHANSHANDEBEIMEIDIANPU, ZIYOKO US and 合肥宽岱商贸有限公司1,

*Defendants*

WHEREAS the Court orders that this Action be unsealed, and Records Management upload all documents filed to date on the Electronic Case Filing system.

SIGNED this 6th day of July, 2022.
New York, New York

HON. P. KEVIN CASTEL
UNITED STATES DISTRICT JUDGE