UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MOONBUG ENTERTAINMENT LIMITED and
TREASURE STUDIO, INC.,

                        Plaintiffs,                  22-cv-5044 (PKC)

      -against-                          SEALED ORDER


AKWUGFDFO1DDC, ET AL.,

                        Defendants.
------------------------------------------------------------x

CASTEL, U.S.D.J.

        In light of plaintiffs' letter of June 22, 2022, which was emailed to the Court and highlighted the delays in the production of defendants' email addresses to plaintiffs, the Court will make the following modifications to Section I.A of the Court's Order of June 17, 2022, with modifications in bold:

I. Temporary Restraining Order

    A.    IT IS HEREBY ORDERED, as sufficient cause has been shown, that Defendants are hereby restrained and enjoined from engaging in any of the following acts or omissions **until July 6, 2022**, and for such further period as may be provided by order of the Court: . . . .

    B.    IT IS HEREBY ORDERED, as sufficient cause has been shown, that Third Party Service Providers and Financial Institutions are hereby restrained and enjoined from engaging in any of the following acts or omissions **until July 6, 2022**, and for such further period as may be provided by order of the Court: . . . .

C.      IT IS HEREBY ORDERED, as sufficient cause has been shown, that the Third Party Service Providers are hereby restrained and enjoined from engaging in any of the following acts or omissions **until July 6, 2022**, and for such further period as may be provided by order of the Court: . . . .

The Court will also make the following modifications to Section II.A-B of the Court's Order of June 17, 2022, with modifications in bold:

## II.  Order to Show Cause Why a Preliminary Injunction Should Not Issue and Order of Notice

A.      Defendants are hereby ORDERED to show cause before this Court in Courtroom 11D of the United States District Court for the Southern District of New York at **500 Pearl Street**, New York, New York on **July 6, 2022 at 11:30 a.m**., or at such other time that this Court deems appropriate, why a preliminary injunction, pursuant to Fed. R. Civ. P. 65(a), should not issue.

B.      IT IS FURTHER ORDERED that opposing papers, if any, shall be filed electronically with the Court and served on Plaintiffs' counsel by the electronic filing system on or before **July 1, 2022**.  Plaintiffs shall file any reply papers by **July 5, 2022**.

Finally, (1) plaintiffs' deadline to serve defendants under Section IV of the June 17, 2022 Order is extended from June 22, 2022 (within five days of the June 17, 2022 Order) to **June 27, 2022**, and (2) the expiration date of the sealing in this case described under Section VII of the June 17, 2022 Order is also extended from June 22, 2022 (lasting five days from the June 17, 2022 Order) to **June 27, 2022**.

SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
       June 22, 2022